IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:14-cv-00770 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| ADDICTION INTERVENTION, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On April 19, 2016 the Magistrate Judge issued a Report and Recommendation (DE #74), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

Enter this 22nd day of June 2016.

_____
ALETA A. TRAUGER
U.S. District Judge